IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS LATINO, | No. 2:11-cv-2244-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On October 31, 2014, the court issued an order for plaintiff to show cause why this action should not be dismissed for failure to file a dispositive motion.  Plaintiff has submitted a response, indicating that counsel is having health problems and is currently attempting to help plaintiff locate new counsel.  He has requested a 30 day extension of time in which to file a motion for summary judgment.  Good cause appearing therefor, that request is granted.

Accordingly, IT IS HEREBY ORDERED that:

1. The October 31, 2014 order to show cause is discharged;

/ / /

1

2. Plaintiff's request for an additional 30 days in which to file a dispositive motion is granted;

3. Plaintiff shall file a motion for summary judgment within 30 days of the date of this order; and

4. The remaining dates set forth in the scheduling order are adjusted accordingly.

DATED: December 18, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE